UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TROIKIJAH REID, et al.,                     Case No. 1:12-cv-336
    Plaintiffs,
                                      Barrett, J.
    vs                                        Wehrman, M.J.

CEDAR FAIR                        **ORDER**
CORPORATION,
    Defendant.

        Plaintiffs have filed an *in forma pauperis* application in this case. The application contains the names of plaintiff Da'Shonda Reid's children, who are minors, in the list of dependents. In addition, plaintiffs have included an Individual Educational Program (IEP) attachment to the complaint, which also contains the name and birth date of a minor.

        Pursuant to Rule 5.2(a), Fed. R. Civ. P., filing parties shall omit or partially redact personal data identifiers, including the names and birth dates of minors, from all pleadings, documents and exhibits. Plaintiffs are notified that any further documents filed with the Court shall omit personal data identifiers and shall identify any minors by their initials only.

        The Clerk of Court is hereby **DIRECTED** to redact the privacy information from plaintiffs' *in forma pauperis* application (Doc. 1), which has been granted by separate Order issued this date, and the IEP attachment.

        The Clerk of Court is further **DIRECTED** to electronically file the redacted versions of the *in forma pauperis* application and IEP attachment.

        The Clerk is **DIRECTED** to seal the original *in forma pauperis* application and IEP attachment and to reflect the sealing of the documents on the docket of the Court. The original

*in forma pauperis* application and IEP attachment shall be retained under seal until further order of the Court.

    **IT IS SO ORDERED**.


Date:   May 24, 2012                                              <u>s/ J. Gregory Wehrman    </u>
                                                                                       J. Gregory Wehrman
                                                                                       United States Magistrate Judge